# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Norman J. Hayes, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2015-002294

_____

## ON WRIT OF CERTIORARI
## TO THE COURT OF APPEALS

_____

Appeal from Lexington County
Edward W. Miller, Post-Conviction Relief Judge

_____

Opinion No. 27676
Heard October 20, 2016 – Filed November 9, 2016

_____

## CERTIORARI DIMISSED AS IMPROVIDENTLY
## GRANTED

_____

Attorney General Alan McCrory Wilson and Assistant
Attorney General Patrick Lowell Schmeckpeper, both of
Columbia, for Petitioner.

Appellate Defender Laura Ruth Baer, of Columbia, for
Respondent.

_____

**PER CURIAM:**  We granted a writ of certiorari to review the Court of Appeals decision in *Hayes v. State*, 413 S.C. 553, 777 S.E.2d 6 (Ct. App. 2015). After careful consideration of the appendices and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**